```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :      INDICTMENT

       - v. -                       :      08 Cr.

VICTOR MARTE-ESTRELLA,                     08 CRIM 410
  a/k/a "Marc Anthony Oliveri,"     :
  a/k/a "Luis Ramos,"

                  Defendant.        :

- - - - - - - - - - - - - - - - - -x
```

## COUNT ONE

The Grand Jury charges:

1. On or about March 16, 2008, in the Southern District of New York, VICTOR MARTE-ESTRELLA, a/k/a "Marc Anthony Oliveri," a/k/a "Luis Ramos," the defendant, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, 500 grams and more of mixtures and substances containing a detectable amount of cocaine.

(Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(B); Title 18, United States Code, Section 2.)

## COUNT TWO

The Grand Jury further charges:

2. On or about March 16, 2008, in the Southern District of New York, VICTOR MARTE-ESTRELLA, a/k/a "Marc Anthony Oliveri," a/k/a "Luis Ramos," the defendant, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, less than 50

kilograms of mixtures and substances containing a detectable amount of marijuana.

>(Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(D); Title 18, United States Code, Section 2.)

## COUNT THREE

The Grand Jury further charges:

3.  From at least in or about November 2007 up to and including on or about March 16, 2008, in the Southern District of New York and elsewhere, VICTOR MARTE-ESTRELLA, a/k/a "Marc Anthony Oliveri," a/k/a "Luis Ramos," the defendant, unlawfully and with the intent to facilitate a drug trafficking crime, knowingly did possess with the intent to use unlawfully and transfer unlawfully five or more identification documents (other than those issued lawfully for the possessor), authentication features, and false identification documents, and knowingly did possess an identification document and authentication feature that was or did appear to be an identification document and authentication feature of the United States which was stolen and produced without lawful authority knowing that such document and feature was stolen and produced without such authority, to wit MARTE-ESTRELLA possessed with the intent to use and did use multiple false identification documents including false state driver's licenses, a false birth certificate, a false social security card, among other false documents, to facilitate his unlawful distribution of cocaine and marijuana.

(Title 18, United States Code, Sections 1028(a)(3), (a)(6), & (b)(3)(A).)

FORFEITURE ALLEGATION

4.  As a result of committing one or more of the controlled substance offenses alleged in Counts One and Two of this Indictment, VICTOR MARTE-ESTRELLA, a/k/a "Marc Anthony Oliveri," a/k/a "Luis Ramos," the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts One and Two of this Indictment.

5.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third person;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the

United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846, and 853.)

_____          _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

VICTOR MARTE-ESTRELLA,

Defendant.

---

**INDICTMENT**

08 Cr.

(21 U.S.C. §§ 812, 841(a)(1),
841(b)(1)(A); 18 U.S.C. § 2; 18 U.S.C.
§§ 1028(a)(3), (a)(6) & (b)(3)(A))


MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

---

*Indictment filed, case assigned to*