**GENESIS A PEDUTO, ESQ**
**LAW OFFICE OF GENESIS A. PEDUTO**
Admitted NJ & NY Bars

| | |
|---|---|
| 8512 Kennedy Boulevard<br>Suite One<br>North Bergen, NJ 07047 | Telephone (201) 868-2240<br>Facsimile (201) 868-2292<br>Cellular (201) 923-9931<br>Legalgpedutoesq@aol.com<br>Pedutolawfirm@aol.com (AOL user) |

June 25th 2008

<u>*Via facsimile @ 212-805-7925*</u>
Honorable Robert W. Sweets, U.S.D.J
United States District Court
Southern District Court of New York
500 Pearl Street
New York, NY 10007

Re:   **USA vs. Victor Marte-Estrella**
      **Criminal Docket No.: 1:08-cr-410**
      **Defendant's Request for extension of motions**

Dear Judge Sweets:

Motions on this matter were due on June 15th 2008, unfortunately, due to a family emergency; I was not able to file by the due date. I am asking the Court for a two (2) weeks extension.

Thanking the Court in advance for your attention and consideration in this matter.

Respectfully,

Genesis A. Peduto, Esq.

GAP: cc
cc:   Michael M. Rosensaft, AUSA
      (Via facsimile @ 212-637-2937)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08

So ordered
[signature]
USDJ
7.1.08