

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

RECEIVED JUL 0 3 2008 JUDGE SWEET CHAMBERS

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 3, 2008

**BY FACSIMILE**

The Honorable Robert W. Sweet
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/08

Re:  United States v. Victor Marte-Estrella,
     08 Cr. 410 (VM)

Dear Judge Sweet:

A motion schedule has been set by Your Honor in the above-referenced case, and trial is scheduled for September 10, 2008. The Government respectfully submits this letter, with defense counsel's consent, to request that time be excluded pursuant to the Speedy Trial Act from today's date through September 10, 2008 pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A). This exclusion is sought so that defense counsel can prepare and file any motions, both parties can discuss a possible disposition in this matter, and, failing a disposition, both parties can prepare for trial.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

So ordered
[signature] USDJ
7-9-08

By: [signature]
Michael M. Rosensaft
Assistant U.S. Attorney
(212) 637-2366

cc:  Genesis Peduto, Esq.
     201-868-2292 (f)