Court Subpoena 0108

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

TO:
Victor Marte-Estrella (Reg. No. 52203-054)
Investigator Cornelio
Investigator Brown
SIA Department
PO Box 329001

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/11/08

GREETINGS:    08cr.410(RWS)

WE COMMAND YOU that all and singular business and excuses being laid aside, you appear and attend before the United States District Court for the Southern District of New York, in the Borough of Manhattan, City of New York, New York, in the Southern District of New York, at the following date, time and place:

Appearance Date:    August 1, 2008    Appearance Time:    10:00 a.m.

Appearance Place:    500 Pearl Street
Courtroom 18 C

to testify and give evidence in the following matter:

Title 21, United States Code, Section 841

and not to depart the Court without leave thereof, or of the United States Attorney, and that you bring with you and produce at the above time and place the following:

Failure to attend and produce any items hereby demanded will constitute contempt of court and will subject you to civil sanctions and criminal penalties, in addition to other penalties of the Law.

DATED:    July 28, 2008

MICHAEL J. GARCIA
*United States Attorney for the*
*Southern District of New York*

Michael M. Rosensaft

Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007

J Michael McMahon
CLERK

Telephone:    (212) 637-2366

SO ORDERED: Sweet USDJ
7.29.08