**MEMORANDUM**



TO: <u>HONORABLE ROBERT W. SWEET</u>
United States District Judge

FROM: Joshua A. Rothman
U.S. Pretrial Services Officer

RE: **Marte-Estrella, Victor**
DOCKET#: **08 CR 410**

The attached memorandum prepared by Pretrial Services Officer:

| **Joshua A. Rothman** | 212-805-4139 |
|---|---|
| Name | Phone Number |

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[✓]   My office will inform all parties concerned that I will conduct a Bail Review Hearing in

Courtroom # 18C   on 5-26-09   at 3:00 pm.
                      Date              Time

[ ]   I request that a Bail Review Hearing be conducted by:

　　[ ]   The presiding Magistrate Judge in courtroom # 5A.

　　[ ]   The District Court Judge presiding in Part I.

　　[ ]   _____ at his/her earliest convenience.
　　　　　Judicial Officer

[ ]   So ordered: _____   Date 5-18-09

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/09
```